VIRGINIA J. BRAY v. THE STATE BOARD OF EDUCATION

No. 7421SC157

(Filed 3 April 1974)

Schools § 13— teachers — vacation and sick pay — 1971 Session Law
     Chapter 1068 of the Session Laws of 1971 did not provide vacation and sick pay benefits for public school teachers.

APPEAL by plaintiff from *Wood, Judge,* 8 October 1973 Session of Superior Court held in FORSYTH County.

This is an action to compel defendant to pay plaintiff certain sums for vacation and sick benefits to which she claims she is entitled by reason of the enactment of Chapter 1068 of the Session Laws of 1971. Defendant's motion for summary judgment was allowed.

*Randolph and Randolph by Clyde C. Randolph, Jr., for plaintiff appellant.*

*Attorney General Robert Morgan by Andrew A. Vanore, Jr., Deputy Attorney General for defendant appellee.*

VAUGHN, Judge.

Plaintiff's action must fail for a number of reasons. We need to mention only one. It is perfectly clear that the General Assembly did not, in 1971, appropriate funds for the payments to which plaintiff contends she is entitled, and, for that reason, the action was properly dismissed. Moreover, notwithstanding the language found in its caption, when the act in question is construed contextually it fails to provide the benefits contended for by plaintiff.

Affirmed.

Judges BRITT and PARKER concur.